Joseph B. Cronin, appellee, v. Checker Taxi Company, appellant. Gen. No. 31,562.

Action for personal injuries suffered by passenger in taxicab by automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Cook, Albert, Heren & Lorentz, for appellant. Joseph D. Ryan, for appellee; Edmund M. Sinnott, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Andrew P. Miller, for and on behalf of Andrew Robert Miller, plaintiff in error, v. John Pecor and Delia Pecor, defendants in error. Gen. No. 31,615.

Habeas corpus by father for custody of minor child. Denied. Error to the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 19, 1927.

Michael F. Girten and Oke L. Pearson, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Holdom delivered the opinion of the court.

---

Albert Roggenbuck and Augusta Roggenbuck, appellees, v. A. Julius Breuhaus, appellant. Gen. No. 31,654.

Action for damages for breach of contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 19, 1927.

George W. Thoma and E. Marshall Amberg, for appellant. D. W. Parker, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

Anderson & Lind Manufacturing Company, appellee, v. W. W. Hill et al., on appeal of Bert M. Kohler and Helen E. Kohler, appellants. Gen. No. 31,329.

Suit to enforce mechanic's lien. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Wyman, Hopkins, McKeever & Colbert, for appellants; Austin L. Wyman, of counsel. A. S. and E. W. Froehlich, for appellee.

Mr. Justice Wilson delivered the opinion of the court.